726

The motion to strike the name of Henry B. Troutman from the title of this case is granted. The petition for writ of certiorari herein is denied. MR. JUSTICE STONE took no part in the consideration or decision of this application. *Messrs. Wm. L. Ransom* and *Robert E. Coulson* for petitioners. *Mr. Hartwell Cabell* for respondent.

No. 698. FOREST PRODUCTS CHEMICAL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. April 1, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. F. E. Hagler* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Carlton Fox* for respondent.

No. 705. MONTAIGNE, ASSISTANT TAX COMMISSIONER OF DELAWARE, *v.* ROSSVILLE ALCOHOL & CHEMICAL CORP. ET AL. April 1, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Amos J. Peaslee* for petitioner. *Messrs. Godfrey Goldmark* and *Jay Leo Rothschild* for respondents.

No. 709. THOMAS ET AL. *v.* CENTRAL HANOVER BANK & TRUST CO. ET AL., TRUSTEES, ET AL. April 1, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. W. Bissell Thomas, W. B. O'Connell, Leslie C. Garnett,* and *Joseph Low* for petitioners. *Messrs. John J. Hamilton* and *Paul E. Lesh* for respondents.